UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW TILOT,

     Plaintiff,

v.

CHARLES S. JAMSEN, et al.,

     Defendants.

Case No. 26-cv-11800

Honorable Robert J. White

## JUDGMENT

The Court has dismissed the complaint.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff.  Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By:__s/Tara Villereal_____
     Deputy Clerk

June 9, 2026

Approved: s/ Robert J. White_____
     Robert J. White
     United States District Judge